UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CREATIVE MOBILE TECHNOLOGIES, LLC,<br><br>          Plaintiffs,<br><br>     v.<br><br>FLYWHEEL SOFTWARE, INC.,<br><br>          Defendants. | Case No. 16-cv-02560-SI  (SI)<br><br>**PRETRIAL PREPARATION ORDER (CIVIL)** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: October 7, 2016 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: May 23, 2017.

DESIGNATION OF EXPERTS: June 5, 2017; REBUTTAL: June 26, 2017;
     Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: August 21, 2017.

DISPOSITIVE MOTIONS **SHALL** be filed by; September 15, 2017;
     Opp. Due: September 29, 2017; Reply Due: October 6, 2017;
     and set for hearing no later than October 20, 2017 at 9:00 AM.

PRETRIAL CONFERENCE DATE: November 21, 2017 at 3:30 PM.

JURY TRIAL DATE: December 4, 2017 at 8:30 AM.
     Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

Private mediation shall be completed by March 20, 2017.  Counsel shall notify the Court of the mediator selected.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: 8/15/16

_____
SUSAN ILLSTON
United States District Judge